UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARNELL QUENTIN BROCKINGTON,<br>　　Plaintiff(s),<br>v.<br>STEVEN B. WOLFSON, et al.,<br>　　Defendant(s). | Case No. 2:22-cv-00816-JAD-NJK<br><br>**ORDER**<br><br>[Docket No. 1] |

　　Plaintiff, who is a detainee, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has filed an application to proceed *in forma pauperis*. Docket Nos. 1, 1-1.

　　Plaintiff's application to proceed *in forma pauperis* is incomplete. "When submitting an application to proceed *in forma pauperis*, an incarcerated or institutionalized person must simultaneously submit a certificate from the institution certifying the amount of funds currently held in the applicant's trust account at the institution and the net deposits in the applicant's account for the six months before the date of submission of the application." Local Special Rule 1-2. The applicant must also submit "a certified copy of the trust fund account statement." 28 U.S.C. § 1915(a)(2). Plaintiff did not submit this certificate or the certified account statement. Moreover, Plaintiff indicates on his application that he generated income through self-employment, but he did not indicate the amount of money received from that self-employment during the preceding 12 months. *See* Docket No. 1 at 1-2. Plaintiff also failed to provide an approximate value for the property identified in response to Question 4. *Id.* at 2.

　　Accordingly, Plaintiff's application to proceed *in forma pauperis*, Docket No. 1, is **DENIED** without prejudice. No later than **August 11, 2022**, Plaintiff must either (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial

attachments; or (2) pay the $402 fee for filing a civil action.  **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

The Clerk's Office is **INSTRUCTED** to mail Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS SO ORDERED.

Dated: July 12, 2022

_____
Nancy J. Koppe
United States Magistrate Judge